certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. J. R. Bell* and *Frank Thunen* for petitioner. *Mr. Archibald H. Vernon* for respondent.

No. 539. ALLEN GASOLINE CO. *v.* FRANKLIN FIRE INSURANCE CO. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William C. Bristol* for petitioner. *Messrs. A. L. Veazie* and *F. A. Rittenhouse* for respondent.

No. 545. BUCKLEY *v.* COMMISSIONER OF INTERNAL REVENUE. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Thomas G. Haight, Robert H. Montgomery,* and *J. Marvin Haynes* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *Andrew D. Sharpe* for respondent.

No. 549. EMPLOYERS' LIABILITY ASSURANCE CORP., LTD., ET AL. *v.* BODRON. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William H. Watkins* for petitioners. *Mr. John Brunini* for respondent.

No. 556. TAYLOR ET. AL. *v.* DETROIT MOTOR APPLIANCE CO. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Thomas Francis Howe, Frank E. Liverance, Jr.,* and *Henry S. Rademacher* for petitioners. *Mr. Albert*

*G. McCaleb* for respondent.

No. 557. WALLACE *v.* FRANZ. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Lon O. Hocker, James C. Jones, Frank H. Sullivan,* and *Frank Y. Gladney* for petitioner. *Mr. Allen McReynolds* for respondent.

No. 554. O'DONNELL *v.* COMMISSIONER OF INTERNAL REVENUE. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Thomas R. Dempsey* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John H. McEvers* for respondent.

No. 558. AMERICAN CIGAR Co. *v.* COMMISSIONER OF INTERNAL REVENUE. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Thomas G. Haight, Robert H. Montgomery,* and *J. Marvin Haynes* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John H. McEvers* for respondent.

No. 559. ST. JOSEPH LOAN & TRUST Co. *v.* STUDEBAKER CORP. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John C. Wait* for petitioner. *Mr. George T. Evans* for respondent.